IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LEONARD E. GRAY                                                                         PETITIONER

VERSUS                                                         CIVIL ACTION NO. 3:06cv339TSL-JCS

CHRISTOPHER EPPS                                                                        RESPONDENT

### ORDER

This matter is before the court on petitioner's habeas request as well as his request to proceed in forma pauperis. Upon a review of these documents, this court finds that the petitioner failed to submit for filing the original signed petition and request to proceed in forma pauperis. See Rule (2)(c)(5) of the RULES GOVERNING HABEAS CORPUS CASES UNDER SECTION 2254. It is, therefore, ORDERED:

1. That the United States District Clerk is hereby directed to mail a copy of the signature page of the habeas petition as well as a copy of the signature page of the request to proceed in forma pauperis for the petitioner's signature. The petitioner is directed to sign these documents which are attached to this order and to return them with the original signature to the Clerk's Office, P.O. Box 23552, Jackson, Mississippi 39225, within fifteen (15) days from the entry of this order.

2. That the plaintiff is warned that his failure to submit original pleadings or motions with an original signature to this court in accordance with the Rules of this court may result in this habeas petition being dismissed.

**It is the petitioner's responsibility to prosecute this case. Petitioner must keep the court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action.**

THIS, the 22nd day of June, 2006.

                                       *s/ James C. Sumner*
                                       UNITED STATES MAGISTRATE JUDGE