**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**LEONARD GRAY**                                              **PETITIONER**

**VS.**                                      **CIVIL ACTION 3:06cv339 TSL-JCS**

**CHRISTOPHER EPPS AND IVEY KEYES**              **RESPONDENTS**

═══════════════════════════════════════════════════════════

<u>JUDGMENT</u>

This matter having come on to be heard on this date upon the report and recommendation of

United States Magistrate Judge James C. Sumner entered in this cause on July 9, 2009, and the court,

having adopted said report and recommendation as the finding of this court by order dated this day,

finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and

the same is hereby, dismissed with prejudice.

SO ORDERED this the  <u>  31st  </u>   day of July, 2009.


<u> /s/Tom S. Lee                                        </u>
UNITED STATES DISTRICT JUDGE